# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NAKEITH SPARKMAN

NO. 2021 KW 0247

**MAY 24, 2021**

---

In Re:    Nakeith Sparkman, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          20-WCR-832.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED AS MOOT.**   The records of the West Feliciana
Parish Clerk of Court's office reflect that the district court
denied relator's petition for a writ of habeas corpus on
December 28, 2020.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT